James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ALLEN STANBEARY, JR., Petitioner-Appellant.

(No. 60519;

First District (5th Division)—June 27, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Aaron Meyers and Marc Fogelberg, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Mary Ellen Dienes, Assistant State's Attorneys, of counsel), for the People.

LILL COAL COMPANY, Plaintiff-Appellee, *v.* BERNARD BELLARIO, Defendant-Appellant.

(No. 60611;

First District (5th Division)—June 27, 1975.

Bernard Bellario, *pro se.*

Rosenthal and Schanfield, of Chicago (William P. Rosenthal and Harvey J. Barnett, of counsel), for appellee.